District Judge John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SERGEI KLASKOVSKII,<br><br>Plaintiff,<br><br>v.<br><br>UR M. JADDOU, *et al.*,<br><br>Defendants. | No. 2:22-cv-1727-JHC<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER<br><br>Noted for Consideration:<br>February 1, 2023 |

Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to schedule an interview and adjudicate his asylum application. The parties are currently working diligently towards a resolution to this litigation. For good cause, the parties request that the Court continue to hold the case in abeyance until May 30, 2023.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

STIPULATED MOTION FOR ABEYANCE - 1
(22-cv-1727-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 2:22-cv-01727-JHC   Document 8   Filed 02/01/23   Page 2 of 3

1   With additional time, this case may be resolved without the need of further judicial
2   intervention. USCIS's Asylum Office has scheduled Plaintiff's interview for February 27, 2023.
3   To provide USCIS with time to conduct the interview and thereafter adjudicate his application, the
4   parties request this Court to hold the case in abeyance until May 28, 2023 (90 days after the
5   scheduled interview date). The parties will submit a joint status report on or before May 28, 2023.
6   Dated: January 26, 2023                                        Respectfully submitted,

                                                                   NICHOLAS W. BROWN
                                                                   United States Attorney

                                                                    *s/Michelle R. Lambert*
                                                                   MICHELLE R. LAMBERT, NYS #4666657
                                                                   Assistant United States Attorney
                                                                   United States Attorney's Office
                                                                   1201 Pacific Avenue, Suite 700
                                                                   Tacoma, Washington 98402
                                                                   Phone: 206-428-3824
                                                                   Email: michelle.lambert@usdoj.gov
                                                                   *Attorneys for Defendants*



                                                                   _____
                                                                   SERGEI KLASKOVSKII
                                                                   2640 118th Ave SE, Apt. 7203
                                                                   Bellevue, Washington 98005
                                                                   Phone: 786-774-7744
                                                                   Email: klaskovskiy125@gmail.com
                                                                   *Pro Se Plaintiff*

STIPULATED MOTION FOR ABEYANCE      - 2
(22-cv-1727-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

The case is held in abeyance until May 28, 2023.  The parties shall submit a joint status report on or before May 28, 2023.  It is so **ORDERED**.

DATED this 1st day of February 2023.

_John H. Chun_
John H. Chun
United States District Judge

STIPULATED MOTION FOR ABEYANCE    - 3
(22-cv-1727-JHC)

UNITED STATES ATTORNEY
700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
(206) 553-7970