District Judge John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SERGEI KLASKOVSKII,<br><br>              Plaintiff,<br><br>      v.<br><br>UR M. JADDOU, *et al.*,<br><br>              Defendants. | No. 2:22-cv-1727-JHC<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Noted for Consideration:<br>April 25, 2023 |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants jointly stipulate to dismiss this case. Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to schedule an interview and adjudicate his asylum application. USCIS adjudicated Plaintiff's asylum application on April 20, 2023. Accordingly, the above-captioned action having been resolved, the parties stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

//

//

//

STIPULATED MOTION TO DISMISS   - 1
(22-cv-1727-JHC)

UNITED STATES ATTORNEY
700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
(206) 553-7970

1  //
2  //
3  Dated: April 24, 2023

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

SERGEI KLASKOVSKII
2640 118th Ave SE, Apt. 7203
Bellevue, Washington 98005
Phone: 786-774-7744
Email: klaskovskiy125@gmail.com
*Pro Se Plaintiff*

STIPULATED MOTION TO DISMISS      - 2
(22-cv-1727-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, the case is dismissed without prejudice with all parties to bear their own costs and attorneys' fees. It is so **ORDERED**.

DATED this 25th day of April, 2023.

_____
JOHN H. CHUN
United States District Judge

STIPULATED MOTION TO DISMISS    - 3
(22-cv-1727-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970